JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>HARSCH INVESTMENT REALTY, LLC, a Delaware Limited Liability Company; OPPENHEIMER ENTERPRISES LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants, | Case: 5:15-CV-00186-PA (SPx)<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

   This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 29, 2015

_____
**JS-6**       HONORABLE PERCY ANDERSON
              UNITED STATES DISTRICT COURT JUDGE

1